**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANNIE CLAY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Action No. 9-1612(BAH)(DAR)** |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## PLAINTIFFS' MOTION TO SUBSTITUTE AMBER KELSEY AS PLAINTIFF IN HER OWN RIGHT

Plaintiffs move, pursuant to Fed. R. Civ.P.17 (a)(3), to substitute Amber Kelsey as Plaintiff in her own right in this action. The grounds for their motion are set forth in the accompanying memorandum of points and authorities.

Defendant Does Not Object to Substitution

On April 11, 2013, counsel for Defendant informed Plaintiffs that Defendant does not object to the substitution of Ms. Kelsey as Plaintiff in her own right.

Respectfully submitted,

Karen D. Alvarez
Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546 (FAX)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNIE CLAY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )Civil Action No. 9-1612 ( BAH)(DAR) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' MOTION TO SUBSTITUTE AMBER KELSEY AS PLAINTIFF IN
HER OWN RIGHT**

This civil action was brought in August 2009 by Plaintiff Annie Clay, in her own right and as guardian of A.K., for the benefit of A.K., who was then a minor. Amber Kelsey was named as the beneficial plaintiff, A.K., in Plaintiffs' Complaint. See Doc.1. On April 27, 2011, Amber Kelsey turned 18 years of age, and so is no longer a minor. Ms. Kelsey now seeks to appear in this action not as beneficial plaintiff, but as plaintiff in her own right, now that she has capacity to sue. See Attachment A (Declaration of Amber Kelsey).

Rule 17 (a)(3) of the Federal Rules of Civil Procedure requires that Ms. Kelsey who now has capacity to sue and is a real party in interest in this action, be named as Plaintiff in her own right.  Accordingly, Plaintiffs respectfully request that Ms. Kelsey be substituted as plaintiff in her own right.

Respectfully submitted,

Karen D. Alvarez
Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546 (FAX)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANNIE CLAY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 9-1612(BAH)(DAR) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## <u>ORDER</u>

The Court having considered Plaintiffs' motion to substitute Amber Kelsey as Plaintiff in her own right, and having considered that Defendant does not object to the substitution, it is this ___ day of April, 2013, hereby,

**ORDERED**, that Amber Kelsey be substituted as a Plaintiff in her own right in this action.


Dated:                                    _____

                                         U.S. District Court Judge