IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNIE CLAY et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 09-1612 (BAH)(DAR) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

### DECLARATION OF AMBER KELSEY

I, Amber Kelsey, a citizen of the United States over the age of eighteen years, declare as follows:

1. I am a resident of the District of Columbia and my permanent address is at the home of my grandmother, Mrs. Annie Clay, at 1621 Fort Davis St., S.E., Washington, D.C. 20020.

2. I have retained attorney Karen D. Alvarez to represent me.

3. I seek to maintain this civil action, initially commenced by my grandmother on my behalf, and I authorize my attorney to take such actions as she deems necessary or desirable in order to do so, including, without limitation, substituting me as named or primary Plaintiff in this action.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

April 9, 2013

*Amber Kelsey*

Amber Kelsey